IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN ELWAIN HERNDON                                                                                    PLAINTIFF

v.                                            Case No. 6:22-cv-6031

WARDEN BYERS, AMBER COLSON,
and JOHN OR JANE DOES PUBLICATIONS
REVIEW COMMITTEE (All of the Arkansas
Division of Correction)                                                                                DEFENDANTS

## ORDER

  Before the Court is the Report and Recommendation filed March 22, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 24. Judge Ford recommends that Defendants' Motion to Dismiss (ECF No. 18) be granted and this case dismissed without prejudice. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion to Dismiss (ECF No. 18) is **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE**.

  **IT IS SO ORDERED**, this 13th day of April, 2023.

                    /s/ Susan O. Hickey
                    Susan O. Hickey
                    Chief United States District Judge